In the Matter of the Estate of BARNEY H. PALDER, Deceased. LOUIS SEMACHOWITZ, Respondent; SIMON FOSTER et al., as Administrators of the Estate of BARNEY H. PALDER, Deceased, Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BRUDNER, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULES H. BENDER, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 1045.]

ART STEEL SALES CORPORATION, Appellant, v. ITHAN REALTY CO., INC., et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO DOROZZIO, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

In the Matter of the Construction of the Will of GORDON M. GA NUN, Deceased. MARIE E. PENNELL et al., as Executors of GORDON M. GA NUN, Deceased, et al., Respondents; EVELYN H. GA NUN, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [200 Misc. 789.]

SYLVIA GOLDSMITH, Appellant, v. SAUL GOLDSMITH et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See post, p. 1065.]

JOSEPH A. DI FILIPPO, Respondent, v. LOUIS GARGIULO, Appellant.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

JOSEPH A. DI FILIPPO et al., Respondents, v. LOUIS GARGIULO et al., Appellants.— Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [Order denied resettlement of prior order.]